Case 1:18-cv-03141-ERK-PK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 19 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TAMARA SHAKAROVA on behalf of herself and all other similarly situated consumers

        Plaintiff,

-against-

GENERAL REVENUE CORPORATION

        Defendant.

---

Case No.

**1:18-cv-03141-ERK-PK**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       December 15, 2018

 /s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: Chicago, Illinois
       December 15, 2018

 /s/ Amy S. Gilbert
Amy S. Gilbert, Esq.
McGuireWoods LLP
Attorney for the Defendant
77 W Wacker Drive, Suite 4100
Chicago, Illinois 60601
Office: (312) 750-8673
Facsimile: (312) 698-4563
Email: agilbert@mcguirewoods.com

So ordered.

s/ERK, USDJ